In the Matter of the Petition of JOHN A. BRADLEY to Prove the Last Will and Testament of MARION H. COOK, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 171.]

BART F. COYNE, Respondent, v. ALTON FRUCHTER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HANNAH DONALDSON, as Administratrix of the Estate of DENNIS J. McCARTHY, Deceased, Respondent, v. SACHS CONSTRUCTION CORPORATION and AMERICAN BONDING COMPANY OF BALTIMORE, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ARMOUR AND COMPANY, Respondent, v. DAVID MAYER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

TIMES SQUARE AUTO SUPPLY CO., INC., a Delaware Corporation, Appellant, v. ANNIE M. ENRIGHT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

CHARLES MALLOY, Appellant, v. GLEN COVE AND NEW YORK COACH CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion to vacate notice of examination denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ARTHUR SILVERSTEIN, Appellant, v. " DAVID " DEGENHARDT, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ESTHER WOLFENSOHN, as Administratrix, etc., of NATHAN WOLFENSOHN, Deceased, Appellant, v. LEW A. SATZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

JAMES F. WHITE & CO., INC., Respondent, v. JOHN H. BENNETT and Others, Individually and as Copartners, etc., Impleaded, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

EUGENE L. GAREY and Another, Respondents, Appellants, v. KULP THEFT PROOF LAMP COMPANY, a Corporation, Appellant, Respondent, Impleaded, etc.— Order affirmed, without costs, with leave to the said defendant to appear and answer or move with respect to the complaint within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.